Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| MAGALY ROSADO HERNÁNDEZ ET AL.<br><br>Apelante<br><br>v.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS<br><br>Apelada | KLAN201700365 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Humacao<br><br>Civil. Núm. HSCI201201392<br><br>Sobre: Daños y Perjuicios |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Juez Lebrón Nieves y la Juez Aldebol Mora.

## SENTENCIA

En San Juan, Puerto Rico, a 4 de junio de 2026.

Evaluada la *Resolución* emitida el 7 de noviembre del 2024 en el caso núm. CC-2022-625, el Tribunal Supremo de Puerto Rico ordenó el archivo administrativo del recurso ante su consideración, en el que el Gobierno de Puerto Rico había instado una moción urgente en auxilio de jurisdicción. En vista de lo anterior, ordenamos también el archivo administrativo del caso de epígrafe, hasta que el Tribunal Supremo de Puerto Rico determine otra cosa.

**Notifíquese.**

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2026 _____